William G. Gay and Ellen Gay, his wife, Appellants, vs. Jacob Wey, Trustee for Edward M. Earnest, Appellee.

Appeal from Circuit Court DeSoto county.

*C. W. Forrester*, for Appellants.

*H. J. Spence*, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellee.

Julia A. Godwin, joined by her husband, A. Elijah Godwin, Appellants, vs. Mary Guy, as executrix of the last will and testament of Benjamin Guy, deceased, Barney Hart, Asa J. J. Lewis and Frank Clark, Appellees.

Appeal from Circuit Court Polk county.

*Sparkman & Sparkman and Wilson & Wilson*, for Appellants.

*Clark & Gibbons and Hammond & Brady*, for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal.

Appeal dismissed on praecipe of counsel for appellants.